### BRIGHTWELL v. STATE.    (No. 11940.)

Court of Criminal Appeals of Texas.    June 6, 1928.

Criminal law ⬅️1090(1)—Nothing was presented for appellate review, where record contained neither statement of facts nor bills of exception.

Where record on appeal from conviction for manufacturing intoxicating liquor contained neither statement of facts nor bills of exception, there was nothing presented for review.

Appeal from District Court, Gregg County; P. O. Beard, Judge.

Charley Brightwell was convicted for manufacturing intoxicating liquor, and he appeals. Affirmed.

Futch & Cooper, of Henderson, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for the manufacture of intoxicating liquor; punishment, one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

═══

### Charley BRIGHTWELL v. STATE. (No. 11941.)

Court of Criminal Appeals of Texas.    June 6, 1928.

Appeal from District Court, Gregg County; P. O. Beard, Judge.

Futch & Cooper, of Henderson, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing a still for the purpose of manufacturing intoxicating liquor; punishment, one year in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the court's charge, the judgment and sentence.

No error appearing, the judgment will be affirmed.